UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80366-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

HURRICANE WINGS REALTY OF
BOCA WEST LLC, d/b/a HURRICANE
GRILL & WINGS,

    Defendant(s)
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, HURRICANE WINGS REALTY OF BOCA WEST LLC, d/b/a HURRICANE GRILL & WINGS ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's entry of a Final Order retaining jurisdiction to enforce the terms of the parties' settlement agreement and dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 10th day of May 2017.

Respectfully submitted,

**LOREN & KEAN LAW**
Counsel for Defendant
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL 33418
Telephone: (561) 615-5701
Facsimile:  (561) 615-5708

By:  /s/ Allen J. Heffner
  Allen J. Heffner, Esq.
  Florida Bar No. 84252
  aheffner@lorenkeanlaw.com

  Bruce E. Loren
  Florida Bar No. 947105
  bloren@lorenkeanlaw.con
  clucht@lorenkeanlaw.com

**FEINSTEIN & SOROTA, P.A.**
Counsel for Plaintiff
7901 SW 6th Court, Suite 305
Plantation, Florida 33324
Telephone: (954) 617-1500
Facsimile: (954) 617-4100

By:  /s/ Mark D. Feinstein
  Mark D. Feinstein, Esq.
  Florida Bar No. 444170
  fspa@fspalaw.com

**LAW OFFICES OF**
**NEIL S. ODESSKY, P.A.**
Counsel for Plaintiff
7901 SW 6th Court, Suite 305
Plantation, Florida 33324
Telephone: (954) 617-1100
Facsimile: (954) 617-1300

By:  /s/ Neil S. Odessky
  Neil S. Odessky, Esq.
  Florida Bar No. 354661
  pleadings@nsolaw.com