UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80366-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

HURRICANE WINGS REALTY OF BOCA WEST LLC,
d/b/a HURRICANE GRILL & WINGS

    Defendant(s)
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE except that this Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

The Clerk shall close the case and all pending motions are denied as moot.

DONE AND ORDERED IN Chambers this 10th day of May, 2017.

_____
The Honorable Kenneth A. Marra
UNTIED STATES DISTRICT COURT JUDGE

Copies furnished to:
Mark D. Feinstein, Esq.
Neil S. Odessky, Esq.
Allen J. Heffner, Esq.